STEPHEN S. KENT, ESQ.
Nevada State Bar No. 1251
KENT LAW, PLLC
201 W. Liberty St., Ste. 320
Reno, Nevada 89501
(775) 324-9800
Attorneys for Defendant,
TOM M. HARPER, II

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOHN DAVID HUNT, an individual,

    Plaintiff,

vs.

TOM M. HARPER, II, an individual, and DOES 1 through 10, inclusive,

    Defendants.
_____/

3:17-cv-00165-WGC

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

    The parties hereto, Plaintiff, John David Hunt, and Defendant, Tom M. Harper, II, through their undersigned counsel do hereby stipulate and agree that the Plaintiff's complaint and all claims against Defendant asserted herein be dismissed with prejudice with each party to bear their own attorney's fees and costs.

Dated this 28 day of March 2018

_____
Charles R. Kozak, Esq.
Kozak & Associates
3100 Mill Street, Suite 115
Reno, Nevada 89502
Attorney for Plaintiff

Dated this 29th day of March 2018

_____
Stephen S. Kent, Esq.
Kent Law
201 W. Liberty Street, Suite 320
Reno, NV 89501
Attorney for Defendant

    GOOD CAUSE APPEARING, all of the claims of Plaintiffs are dismissed with prejudice with no allowance of attorney's fees or costs to any party.

    DATED: March 30, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

KENT LAW
201 W. Liberty St., Ste. 320
Reno, Nevada 89501
Tel: 775-324-9800